1  Benjamin Heikali (SBN 307466)
   Email: bheikali@faruqilaw.com
2  **FARUQI & FARUQI, LLP**
3  10866 Wilshire Boulevard, Suite 1470
   Los Angeles, CA 90024
4  Telephone: (424) 256-2884
5  Facsimile: (424) 256-2885

6  *Attorneys for Plaintiffs*

7  [Additional Counsel on Signature Page]
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON VINCI and JAEHAN KU on behalf of themselves and those similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>HYUNDAI MOTOR AMERICA AND DOES 1 through 100,<br><br>Defendant. | CASE NO. 8:17-cv-00997-DOC-KESx<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING ON DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>*[PROPOSED] ORDER FILED CONCURRENTLY*<br><br>**Current Hearing Date**: July 23, 2018<br>**Proposed Hearing Date**: August 20, 2018<br>**Complaint served**: June 15, 2017<br><br>Hon. David O. Carter<br>Courtroom 9D, 9th Floor |

Plaintiffs Houston Vinci and Jaehan Ku ("Plaintiffs"), in the above-captioned action against Defendant Hyundai Motor America ("Defendant"), jointly referred to as the parties ("Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on April 30, 2018, Plaintiffs filed their Second Amended Class Action Complaint ("SAC") in this Court (ECF No. 47);

**WHEREAS**, on May 25, 2018, Defendant filed its Rule 12(b)(6) Motion to Dismiss the SAC (the "Motion") (ECF Nos. 50, 50-1), which is presently set for hearing on July 23, 2018 (the "Hearing");

**WHEREAS**, on June 25, 2018, the Parties' counsel met and conferred and agreed to an extension of the Motion's briefing schedule and Hearing date in light of vacation schedules and to allow Parties to continue discussing issues related to this litigation;

**WHEREAS**, the Parties' request for brief continuance on the Hearing and Motion briefing schedule would not result in a material delay in this Action's proceedings;

**IT IS HEREBY AGREED AND STIPULATED** by the Parties that:

1. Subject to the Court's approval, the Hearing on Defendant's Motion, originally scheduled for 8:30 a.m. on July 23, 2018, shall be continued by four weeks to 8:30 a.m. on August 20, 2018.

2. Plaintiff's deadline to file an opposition to the Motion shall be extended from July 2, 2018 to July 24, 2018.

3. Defendant's deadline to file a reply in support of its Motion shall be extended from July 9, 2018 to August 6, 2018.

4. Nothing herein shall be deemed a waiver of any rights or defenses by the Parties.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: June 26, 2018 | **FARUQI & FARUQI, LLP** |
| 2 | | By: /s/ *Benjamin Heikali* |
| 3 | | Benjamin Heikali (SBN 307466) |
| | | 10866 Wilshire Boulevard, Suite 1470 |
| 4 | | **FARUQI & FARUQI LLP** |
| 5 | | Los Angeles, CA 90024 |
| | | Telephone: (424) 256-2884 |
| 6 | | Facsimile: (424) 256-2885 |
| 7 | | Email: bheikali@faruqilaw.com |
| 8 | | Bonner Walsh |
| | | **WALSH PLLC** |
| 9 | | 1561 Long Haul Road |
| 10 | | Grangeville, ID 83530 |
| | | Telephone: (541) 359-2827 |
| 11 | | Facsimile: (866) 503-8206 |
| 12 | | Email: bonner@walshpllc.com |
| 13 | | Adam Gonnelli |
| | | **THE SULTZER LAW GROUP, PC** |
| 14 | | 280 Highway 35, Suite 304 |
| 15 | | Red Bank, NJ 07701 |
| | | Telephone: (732) 741-4290 |
| 16 | | Facsimile: (888) 749-7747 |
| 17 | | Email: gonnellia@thesultzerlawgroup.com |
| 18 | | Laura R. Reznick |
| | | **LEEDS BROWN LAW, P.C.** |
| 19 | | 1 Old Country Road, Suite 347 |
| 20 | | Carle Place, NY 11514 |
| | | Telephone: (516) 873-9550 |
| 21 | | Email: lreznick@leedsbrownlaw.com |
| 22 | | |
| 23 | | *Attorneys for Plaintiffs* |
| 24 | Dated: June 26, 2018 | **SHOOK, HARDY & BACON L.L.P.** |
| 25 | | |
| 26 | | By: */s/Amir Nassihi* |
| | | Amir Nassihi (SBN: 235936) |
| 27 | | anassihi@shb.com |
| 28 | | |

2

JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING ON DEFENDANT'S MOTION TO DISMISS
THE SECOND AMENDED COMPLAINT
CASE NO. 8:17-cv-00997-DOC-KESx


| | |
|---|---|
| 1 | M. Kevin Underhill (SBN: 208211) |
| 2 | kunderhill@shb.com |
| | **SHOOK, HARDY & BACON L.L.P.** |
| 3 | One Montgomery, Suite 2700 |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 544-1900 |
| 5 | Facsimile: (415) 391-0281 |
| 6 | |
| | Naoki Kaneko (SBN: 252285) |
| 7 | nkaneko@shb.com |
| 8 | Jamboree Center |
| | 5 Park Plaza, Suite 1600 |
| 9 | Irvine, California 92614-2546 |
| 10 | Telephone:  949-475-1500 |
| | Facsimile:   949-475-0016 |
| 11 | |
| 12 | *Attorneys for Defendant* |
| | *Hyundai Motor America* |

3

JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING ON DEFENDANT'S MOTION TO DISMISS
THE SECOND AMENDED COMPLAINT
CASE NO. 8:17-cv-00997-DOC-KESx

## **ATTESTATION**

I, Benjamin Heikali, am the ECF User whose ID and password are being used to file the JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING ON DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT. In accordance with Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from Amir Nassihi, counsel for Defendant, and I shall maintain records to support this concurrence for subsequent production for this Court if so ordered or for inspection upon request by a party.

Dated: June 26, 2018              */s/ Benjamin Heikali*
                                   Benjamin Heikali